## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Lacinda Rietveld, | Civil No. 06-2810 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

___

In a thorough and well reasoned Report and Recommendation, Magistrate Judge Arthury J. Boylan has recommended the granting of Defendant's Motion for Summary Judgment and the denial of Plaintiff's Motion for Summary Judgment. No objections have been filed by either party.

Accordingly and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**.

Dated: March 14, 2007

                                                                         s/Richard H. Kyle
                                                                          RICHARD H. KYLE
                                                                          United States District Judge